Timothy W. Hoffman
P O Box 1761
Sebastopol, CA 95473
Telephone: (707) 823-1058

Trustee in Bankruptcy

**FILED**
AUG 1 0 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Santa Rosa

In re:

LA RIVE GAUCHE PLEASANT HILL LLC,

Debtor(s)

Case No. 09-12554 AJ

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $6.27. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 15 | Frank Family Vineyards<br>PO Box 1012,<br>Saint Helena, CA 94574 | 254.00 | 6.27 |
| | Total Unclaimed Dividends | | $6.27 |

Dated: August 8, 2011

Timothy W. Hoffman, TRUSTEE